UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERIN LLOYD as Special Administrator of the ESTATE OF AARON GREENE, Deceased,<br><br>           Plaintiff,<br><br>  v.<br><br>D.H. MEDICAL CENTER S.C., FAMILY CHRISTAN HEALTH CENTER, and ROCHELLE HAWKINS, M.D.<br><br>           Defendants. | No.<br><br>Judge<br><br>Formerly Case No. 2018 L 000389, Circuit Court of Cook County, Illinois |

**NOTICE OF REMOVAL OF A CIVIL ACTION AND
SUBSTITUTION OF THE UNITED STATES AS DEFENDANT**

To:    Dorothy Brown  
        Clerk of the Circuit Court  
        Richard J. Daley Center, Room 1001  
        50 West Washington Street  
        Chicago, Illinois 60602  

        Edward G. Proctor  
        Munday & Nathan  
        33 N. Dearborn Street, Suite 2220  
        Chicago, Illinois 60602  

        Carl M. Schultz  
        Malecki & Brooks Law Group, LLC  
        205 E. Butterfield Rd., Suite 225  
        Elmhurst, Illinois 60126  

      The United States of America, by its attorney, John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, submits this notice of removal of the above-captioned civil action from the Circuit Court of Cook County, Illinois, to the United States District Court, Northern District of Illinois, pursuant to 42 U.S.C. § 233, and in support thereof states the following:

      1.    On January 11, 2018, plaintiff Erin Lloyd as Special Administrator of Estate of Aaron Green, commenced the above civil action against Family Christian Health Center and

Rochelle Hawkins, M.D., alleging medical malpractice. A copy of the state court complaint is attached as Exhibit A. Rochelle Hawkins, M.D., is an employee of Family Christian Health Center, which is a private entity that receives grant money from the Public Health Service pursuant to 42 U.S.C. § 233. *See* Exhibit B. In addition, Rochelle Hawkins, M.D., was acting within the scope of her employment at Family Christian Health Center with respect to the incidents referred to in the complaint. *Id.*

      2.     This notice of removal is filed in accordance with 42 U.S.C. § 233 upon certification by the designee of the Attorney General of the United States that defendant Rochelle Hawkins, M.D., was acting within the scope of her employment at the Family Christian Health Center with respect to the incidents referred to in the complaint, which is a private entity receiving grant money from the Public Health Service. Exhibit B.

      3.     This notice of removal may be filed without bond at any time before trial. 42 U.S.C. § 233(c). Trial has not yet been had in this action.

      4.     Pursuant to the certification by the Attorney General's designee and the filing of this notice of removal, under 42 U.S.C. § 233(c), this civil action is deemed an action against the United States of America, and the United States is substituted as the federal party defendant in place of defendants Family Christian Health Center and Rochelle Hawkins, M.D.

WHEREFORE, this action now pending in the Circuit Court of Cook County, Illinois, is properly removed to this court pursuant to 42 U.S.C. § 233, and the United States is substituted as the defendant in lieu of Rochelle Hawkins, M.D.

    Respectfully submitted,

    JOHN R. LAUSH, Jr.
    United States Attorney

    By: s/ Scott D. Heffron
        SCOTT D. HEFFRON
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 886-4190
        scott.heffron@usdoj.gov

## Certificate of Service

The undersigned Assistant United States Attorney hereby certifies that the following document:

NOTICE OF REMOVAL OF A CIVIL ACTION AND
SUBSTITUTION OF THE UNITED STATES AS DEFENDANT

was served on May 8, 2018, in accordance with Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers, if any, and was mailed to:

Dorothy Brown
Clerk of the Circuit Court
Richard J. Daley Center, Room 1001
50 West Washington Street
Chicago, Illinois 60602

Edward G. Proctor
Munday & Nathan
33 N. Dearborn Street, Suite 2220
Chicago, Illinois 60602

Carl M. Schultz
Malecki & Brooks Law Group, LLC
205 E. Butterfield Rd., Suite 225
Elmhurst, Illinois 60126

s/ Scott D. Heffron
SCOTT D. HEFFRON
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-4190
scott.heffron@usdoj.gov

# EXHIBIT A

Firm I. D. No. 22231

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| ERIN LLOYD, as SPECIAL ADMINISTATOR OF THE ESTATE OF AARON GREENE, deceased<br><br>plaintiff<br><br>versus<br><br>ROCHELLE HAWKINS, M.D., FAMILY CHRISTIAN HEALTH CENTER, and D.H. MEDICAL CENTER, S.C.<br><br>defendants | Case No.: |

2018L000389
CALENDAR/ROOM D
TIME 00:00
Medical Malpractice

# COMPLAINT AT LAW

### *COUNT I – DR. HAWKINS*
### *WRONKFUL DEATH*

The plaintiff, ERIN LLOYD, as SPECIAL ADMINISTRATOR OF THE ESTATE OF AARON GREENE, deceased, by plaintiff's attorneys, MUNDAY & NATHAN, and makes the following allegations against the defendant, ROCHELLE HAWKINS, M.D.:

1. At all relevant times, the defendant, ROCHELLE HAWKINS, M.D., was a physician, duly licensed by the state of Illinois, to practice medicine in all its branches.

2. Prior to and after May 17, 2015 the plaintiff, AARON GREENE, was a patient under the care of the defendant.

3. On May 17, 2015 AARON GREENE was seen by the defendant and had complaints of chest pain.

4. AARON GREENE had a history of smoking, hypertension and other risks commonly associated with coronary artery disease.

5. On May 17, 2015 the defendant took a history and examined AARON GREENE and recommended a course of treatment which AARON GREENE undertook upon the advice of the said defendant.

6. At all times mentioned herein, it became and was the duty of the defendant, ROCHELLE HAWKINS, M.D., to exercise due care and caution in the examination, diagnosis, and treatment of AARON GREENE, plaintiff's decedent.

7. The defendant, ROCHELLE HAWKINS, M.D., was guilty of one or more of the following careless and negligent acts or omissions in the examination, treatment or diagnosis of the plaintiff:

(a) carelessly and negligently failed to prescribe a treatment plan to determine the likely cause(s) of his complaints of chest pain;

(b) carelessly and negligently failed to order the proper and necessary tests to make an earlier diagnosis of occlusive atherosclerotic coronary artery disease and chronic ischemic heart disease;

(c) carelessly and negligently failed to treat the heart condition(s) in a timely fashion;

(d) carelessly and negligently failed to refer AARON GREENE to a physician who specializes in the diagnosis and treatment of conditions similar to AARON GREENE'S;

8. As a direct and proximate result of the aforesaid, AARON GREENE'S, atherosclerotic coronary heart disease went undiagnosed and untreated and he sustained an acute myocardial infarction which led to his death on January 14, 2016 and his survivors have suffered injuries of a personal and pecuniary nature, including but not limited to loss of society, companionship, guidance, grief and material services and support

9. The plaintiff, ERIN LLOYD, as SPECIAL ADMINISTATOR OF THE ESTATE

OF AARON GREENE, deceased, brings this action pursuant to 740 ILCS 180/1, commonly known as the Wrongful Death Act of the State of Illinois.

10. The plaintiff's decedent left surviving him, his daughter, ERIN LLOYD and his son ERIC GREENE.

WHEREFORE, the plaintiff, ERIN LLOYD, as SPECIAL ADMINISTATOR OF THE ESTATE OF AARON GREENE, deceased asks judgment against the defendant, ROCHELLE HAWKINS, M.D., in a sum in excess of Fifty Thousand ($50,000) Dollars, which will fairly compensate the plaintiff for the injuries sustained.

### *COUNT II* - FAMILY CHRISTIAN HEALTH CENTER
### WRONGFUL DEATH

The plaintiff, ERIN LLOYD, as SPECIAL ADMINISTATOR OF THE ESTATE OF AARON GREENE, deceased, by plaintiff's attorneys, MUNDAY & NATHAN, and makes the following allegations against the defendant, FAMILY CHRISTIAN HEALTH CENTER:

1. At all relevant times, the defendant FAMILY CHRISTIAN HEALTH CENTER, owned, operated, maintained, managed and controlled a certain medical facility in Cook County, Illinois, wherein it provided examination rooms and physicians for its patients.

2. At all relevant times the AARON GREENE was a patient of the said facility, under the care of a physician, for treatment described earlier in this complaint.

3. It was the duty of the defendant, by and through its duly licensed agent, servant and employee, ROCHELLE HAWKINS, M.D., to exercise ordinary care and caution in the care and treatment of the plaintiff.

4. The defendant, FAMILY CHRISTIAN HEALTH CENTER, by and through its duly licensed agent, servant and employee, ROCHELLE HAWKINS, M.D., was guilty of one or more of the following careless and negligent acts or omissions in the examination, treatment or

diagnosis of the plaintiff:

    (a) carelessly and negligently failed to prescribe a treatment plan to determine the likely cause(s) of his complaints of chest pain;

    (b) carelessly and negligently failed to order the proper and necessary tests to make an earlier diagnosis of occlusive atherosclerotic coronary artery disease and chronic ischemic heart disease;

    (c) carelessly and negligently failed to treat the heart condition(s) in a timely fashion;

    (d) carelessly and negligently failed to refer AARON GREENE to a physician who specializes in the diagnosis and treatment of conditions similar to AARON GREENE'S;

5. As a direct and proximate result of the aforesaid, AARON GREENE'S, atherosclerotic coronary heart disease went undiagnosed and untreated and he sustained an acute myocardial infarction which led to his death on January 14, 2016 and his survivors have suffered injuries of a personal and pecuniary nature, including but not limited to loss of society, companionship, guidance, grief and material services and support

6. The plaintiff, ERIN LLOYD, as SPECIAL ADMINISTATOR OF THE ESTATE OF AARON GREENE, deceased, brings this action pursuant to 740 ILCS 180/1, commonly known as the Wrongful Death Act of the State of Illinois.

7. The plaintiff's decedent left surviving him, his daughter, ERIN LLOYD and his son ERIC GREENE.

WHEREFORE, the plaintiff, ERIN LLOYD, as SPECIAL ADMINISTATOR OF THE ESTATE OF AARON GREENE, deceased asks judgment against the defendant, FAMILY CHRISTIAN HEALTH CENTER, in a sum in excess of Fifty Thousand ($50,000) Dollars, which will fairly compensate the plaintiff for the injuries sustained.

### *COUNT III* – D.H. MEDICAL GROUP, S.C.
### WRONGFUL DEATH

The plaintiff, ERIN LLOYD, as SPECIAL ADMINISTRATOR OF THE ESTATE OF

AARON GREENE, deceased, by plaintiff's attorneys, MUNDAY & NATHAN, and makes the following allegations against the defendant, D.H. MEDICAL GROUP, S.C.:

1. At all relevant times, the defendant D.H. MEDICAL GROUP, S.C., owned, operated, maintained, managed and controlled a certain medical practice in Cook County, Illinois, wherein it provided physicians for its patients.

2. At all relevant times the AARON GREENE was a patient of the said practice, under the care of a physician, for treatment described earlier in this complaint.

3. It was the duty of the defendant, by and through its duly licensed agent, servant and employee, ROCHELLE HAWKINS, M.D., to exercise ordinary care and caution in the care and treatment of the plaintiff.

4. The defendant, D.H. MEDICAL GROUP, S.C., by and through its duly licensed agent, servant and employee, ROCHELLE HAWKINS, M.D., was guilty of one or more of the following careless and negligent acts or omissions in the examination, treatment or diagnosis of the plaintiff:

   (a) carelessly and negligently failed to prescribe a treatment plan to determine the likely cause(s) of his complaints of chest pain;

   (b) carelessly and negligently failed to order the proper and necessary tests to make an earlier diagnosis of occlusive atherosclerotic coronary artery disease and chronic ischemic heart disease;

   (c) carelessly and negligently failed to treat the heart condition(s) in a timely fashion;

   (d) carelessly and negligently failed to refer AARON GREENE to a physician who specializes in the diagnosis and treatment of conditions similar to AARON GREENE'S;

5. As a direct and proximate result of the aforesaid, AARON GREENE'S, atherosclerotic coronary heart disease went undiagnosed and untreated and he sustained an acute myocardial infarction which led to his death on January 14, 2016 and his survivors have suffered injuries of a personal and pecuniary nature, including but not limited to loss of society,

companionship, guidance, grief and material services and support

6. The plaintiff, ERIN LLOYD, as SPECIAL ADMINISTATOR OF THE ESTATE OF AARON GREENE, deceased, brings this action pursuant to 740 ILCS 180/1, commonly known as the Wrongful Death Act of the State of Illinois.

7. The plaintiff's decedent left surviving him, his daughter, ERIN LLOYD and his son ERIC GREENE.

WHEREFORE, the plaintiff, ERIN LLOYD, as SPECIAL ADMINISTATOR OF THE ESTATE OF AARON GREENE, deceased asks judgment against the defendant, D.H. MEDICAL GROUP, S.C., in a sum in excess of Fifty Thousand ($50,000) Dollars, which will fairly compensate the plaintiff for the injuries sustained.

MUNDAY & NATHAN

By: _____
Edward G. Proctor, Jr.
Attorney for Plaintiff

33 North Dearborn Street
Suite 2220
Chicago, IL 60602
(312) 346-5678

Firm I. D. No. 22231

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| ERIN LLOYD, as Special Administrator of the Estate of AARON W. GREENE, deceased<br>plaintiff<br><br>*versus*<br><br>ROCHELLE HAWKINS, M.D., FAMILY CHRISTIAN HEALTH CENTER and D.H. MEDICAL GROUP, S.C.<br><br>defendants | Case No: |

### AFFIDAVIT OF EDWARD G. PROCTOR, JR.

I, EDWARD G. PROCTOR, JR., being first duly sworn, on oath, depose and state that:

1. I am attorney for the plaintiff and that I prepared the Complaint for the above-captioned matter.

2. That I believe that this case is worth greater than $50,000 based upon the continuing nature of the plaintiff's complaints.

Further your Affiant sayeth not.

Respectfully submitted,

BY: _____

Subscribed and Sworn to before me this
10th day of January, 2018.

_____
NOTARY PUBLIC

MABEL DOMINGUEZ
Official Seal
Notary Public – State of Illinois
My Commission Expires Jun 30, 2021

Firm I. D. No. 22231

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| ERIN LLOYD, as Special Administrator of the Estate of AARON W. GREENE, deceased<br>plaintiff<br><br>versus<br><br>ROCHELLE HAWKINS, M.D., FAMILY CHRISTIAN HEALTH CENTER and D.H. MEDICAL GROUP, S.C.<br><br>defendants | Case No: |

## AFFIDAVIT OF EDWARD G. PROCTOR, JR.

I, EDWARD G. PROCTOR, JR., being first duly sworn, on oath, depose and state that:

1. I am an attorney licensed to practice law in the State of Illinois and that I am the attorney of record for the plaintiff in this action.

2. That the affiant was unable to obtain a consultation, required by Paragraph 1, Section 2-622 of the Illinois Code of Civil Procedure because a statute of limitations would impair the action and the consultation required could not be obtained before the expiration of the statute of limitations. The affiant is arranging for such a consultation and will provide the requisite affidavit within ninety (90) days.

3. That based on the information provided to me by my client, I believe that a meritorious cause exists for filing the above action to toll the statute of limitations while the records are being reviewed by an expert.

4. That the plaintiff has not previously voluntarily dismissed an action based upon the same or substantially the same acts, omissions, or occurrences.

5. That the plaintiff has requested the medical records and has only received a part of the chart and is waiting for the complete chart to be produced.

Further your Affiant sayeth not.

Respectfully submitted,

MUNDAY & NATHAN

BY: _____
Edward G. Proctor, Jr.

Subscribed and Sworn to before me this
10th day of January, 2018.

_____
NOTARY PUBLIC

MUNDAY & NATHAN
33 N. Dearborn St., Suite 2220
Chicago, IL 60602-3109
(312) 346-5678

MABEL DOMINGUEZ
Official Seal
Notary Public – State of Illinois
My Commission Expires Jun 30, 2021

# EXHIBIT B

## CERTIFICATION

Pursuant to the provisions of 42 U.S.C. § 233, and by virtue of the authority delegated to me by the Attorney General under 28 C.F.R. § 15.4 and through the United States Attorney for the Northern District of Illinois, I hereby certify that I have read the complaint in *Erin Lloyd, as Special Administrator of the Estate of Aaron Greene, Deceased, v. Rochelle Hawkins, M.D., et al.*, No. 2018 L 389 (Circuit Court of Cook County, Illinois), and all attachments thereto. On the basis of the information now available, I find that at the relevant times, the Family Christian Health Center was a private entity receiving grant money from the Public Health Service pursuant to 42 U.S.C. § 233. Further, I certify that Rochelle Hawkins, M.D., was acting within the scope of her employment at the Family Christian Health Center with respect to the incidents referred to in the complaint. Accordingly, for purposes of the above case, Rochelle Hawkins, M.D., and the Family Christian Health Center are deemed to be employees of the United States pursuant to 42 U.S.C. § 233, for federal statutory tort purposes only.

                                                  s/ Thomas Walsh
                                                  THOMAS P. WALSH
                                                  Chief, Civil Division
                                                  Office of the United States Attorney
                                                      for the Northern District of Illinois

Date: May 3, 2018