## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Erin Lloyd

                                Plaintiff,

v.                                                     Case No.: 1:18–cv–03277
                                                                  Honorable Ruben Castillo

United States of America, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 22, 2018:

      MINUTE entry before the Honorable Ruben Castillo: Motion hearing held on 5/22/2018. United States' motion to dismiss for failure to exhaust administrative remedies [6] is granted. This case is dismissed without prejudice until Plaintiff has exhausted any administrative remedies.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.